UNITED STATES DISTRICT COURT

    EASTERN     **District of**     CALIFORNIA

| | |
|---|---|
| RUBEN GARCIA HINOJOS,<br>　　　　Plaintiff<br><br>　　　　V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>　　　　Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br>CASE　　　1:11-AT-00573 |

    Having considered the application to proceed without prepayment of fees under 28 USC §1915;

    IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____
_____

ENTER this    9th    day of    September   ,    2011   .

                                           /s/ Sandra M. Snyder
                                         Signature of Judicial Officer

                                 SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                                       Name and Title of Judicial Officer