BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8934
    Facsimile: (415) 744-0134
    E-Mail: shea.bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| RUBEN G. HINOJOS,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:11-cv-01530 SKO<br><br>**MOTION FOR EXTENSION OF TIME AND PROPOSED ORDER** |

    Defendant, through his attorney undersigned moves this court for an Order granting Defendant until May 23, 2012 within which to file his response to Plaintiff's Opening Brief (the responsive brief is originally due on April 23, 2012). This Order is sought on the grounds that the undersigned is mentoring a recently hired attorney for Defendant who needs additional time to respond to Plaintiff's arguments.

    On April 23, 2012, Plaintiff's attorney stated he has no objection to the extension.

///

Respectfully submitted,

Dated: April 23, 2012

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

Of Counsel:
MATTHEW J. WEINBERG
Assistant Regional Counsel, SBN C.A. 275728
Social Security Administration

### ORDER

1. The parties' stipulated request for an extension of time is GRANTED;

2. Defendant shall file an opposition brief on or before May 23, 2012; and

3. Plaintiff may file an optional reply brief on or before June 11, 2012.

IT IS SO ORDERED.

Dated:   **April 24, 2012**                    **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE